■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY CAVENER, Appellant. [22 NYS3d 864]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered March 18, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JAMES, Appellant. [22 NYS3d 865]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered April 13, 2012, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fourth degrees, and sentencing him, as a second felony drug offender, to an aggregate term of eight years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term for the conviction for third-degree possession to six years, resulting in a new aggregate term of six years, and otherwise affirmed.

We find that the Allen charge, read as a whole, was balanced and not coercive (see People v Pagan, 45 NY2d 725, 727 [1978]). The court encouraged the jurors to reach a verdict if possible, while reminding them not to give up their conscientiously held positions. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Gische, JJ.